

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00198-CR

BOBBY JOE PEYRONEL, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 174th District Court of Harris County.   (Tr. Ct. No. 1254877).

**TO THE 174TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 21st day of August 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on February 26, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in that portion of the trial court's judgment that states that appellant was convicted of aggravated sexual assault of a child under six years of age. Accordingly, the Court **modifies** the referenced portion of the trial court's judgment to reflect that appellant was convicted of aggravated sexual assault of a person under 14.
>
> The Court also holds that there was reversible error in that portion of the trial court's judgment concerning

punishment. Accordingly, the Court **reverses** the portion of the trial court's judgment concerning punishment and **remands** the case to the trial court for a new punishment hearing.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the trial court's judgment **as herein modified**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 21, 2014.

Panel consists of Chief Justice Radack and Justices Massengale and Huddle. Opinion delivered by Justice Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

August 21, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

